# EXHIBIT B

```
36981  006                    Clerk of the
                              Circuit Court
Recording Requested By:
RICHMOND MONROE GROUP         2015 MAY 13 AM 8:18

When Recorded Return To:      PR GEO CO MD #86

RICHMOND MONROE GROUP
PO BOX 458
KIMBERLING CITY, MO 65686
```

*Chase Assignment*

### CORPORATE ASSIGNMENT OF MORTGAGE/DEED OF TRUST

Prince George's, Maryland   REFERENCE #: 0015233554   "JEFFERSON"
INVESTOR #: CT4
MERS #: 100386100002431666   VRU #: 1-888-679-6377

Assignment Prepared on: March 17th, 2015.

Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS") AS NOMINEE FOR BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION ITS SUCCESSORS AND ASSIGNS at P.O. BOX 2026, FLINT, MI 48501-2026.

Assignee: WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4 at C/O SELECT PORTFOLIO SERVICING, INC. 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115.

Executed By: CAMERON JEFFERSON To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION ITS SUCCESSORS AND ASSIGNS
Date of Deed of Trust: 10/26/2006 Recorded: 02/08/2007 in Book/Reel/Liber: 27109 Page/Folio: 697 in Prince George's, Maryland.

Property Address: 11509 BRIGIT CT., BOWIE, MD 20720

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said assignor hereby assigns unto the above-named assignee, the said Mortgage/Deed of Trust/Security Deed (Security Instrument) having an original principal sum of $546,400.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said assignor hereby grants and conveys unto the said assignee, the assignor's beneficial interest under the Security Instrument.

TO HAVE AND TO HOLD the said Security Instrument, and also the said property unto the said assignee forever, subject to the terms contained in said Security Instrument.

IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS")
On MAR 24 2015
By:
BARBARA NEALE, ASSISTANT SECRETARY

STATE OF UTAH
COUNTY OF SALT LAKE
On MAR 24 2015, before me, MARCO AURELIO VILLAGRAN, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared BARBARA NEALE, ASSISTANT SECRETARY, signing on behalf of Mortgage Electronic Registration Systems, Inc., ("MERS"), personally known to me or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Notary Expires: 1/20/16

BILL KOCH

Marco Aurelio Villagran
Notary Public State of Utah
My Commission Expires on:
January 20, 2016
Comm. Number: 652139

IMP FD SURE $   40.00
RECORDING FEE   20.00
TOTAL           60.00
Rcpt PG05  Rcpt # 86102
SJH   NWR  Blk # 3664

*DLG*DLGAMRC*03/13/2015 12:54:00 PM* AMRC26AMRC0000000000000810066* MDPRINC* 0015233554 MDSTATE_TRUST_ASSIGN_ASGN *KAO*KAOAMRC*

[36]

**CONSUMER ENFORCEMENT ACTION
CONSENT ORDER & JUDGMENT**