# EXHIBIT C

CONSUMER ENFORCEMENT ACTION
CONSENT ORDER & JUDGMENT



**BWW LAW GROUP, LLC**

ATTORNEYS AT LAW
www.bww-law.com

6003 EXECUTIVE BLVD.
SUITE 101
ROCKVILLE, MD 20852
(301) 961-6555 (PHONE)
(301) 961-6545 (FACSIMILE)

8100 THREE CHOPT RD.
SUITE 240
RICHMOND, VA 23229
(804) 282-0463 (PHONE)
(804) 282-0541 (FACSIMILE)

July 22, 2015

**VIA FIRST CLASS MAIL**

Cameron Jefferson
11509 Brigit Court
Bowie, MD  20720

RE:  Property:         11509 Brigit Court, Bowie, MD 20720
     Borrower(s):      Cameron Jefferson
     Creditor:         Wells Fargo Bank, National Association, as Trustee f/b/o holders of
                       Structured Asset Mortgage Investments II Inc., Bear Stearns
                       Mortgage Funding Trust 2006-AR4, Mortgage Pass-Through
                       Certificates, Series 2006-AR4
     Servicer:         Select Portfolio Servicing, Inc.
     Our File No.:     69121

Dear Cameron Jefferson:

The Servicer identified above has informed our office that on October 26, 2006, Cameron Jefferson executed a deed of trust (the "Deed of Trust") and promissory note in the original  principal amount of $546,400.00 (the "Note").  The Deed of Trust encumbers the above referenced property. This law firm has been retained to provide legal services in connection with enforcement of the Deed of Trust.

Our firm has been informed by the Servicer that, as of July 07, 2015, the total amount required to pay the Note in full is $843,706.78.  Because of interest, late charges and other charges that may vary from day to day, the amount required on a later date may be different than the figure supplied above. Hence, if you pay the amount shown above, an adjustment may be necessary after those funds are received.  For further information please contact Select Portfolio Servicing, Inc. at (888) 818-6032.

**IMPORTANT NOTICE:  This communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose. Unless you dispute the validity of the debt, or a portion thereof, within thirty days after receipt of this letter, this firm will assume the debt is valid. If, within said thirty day period, you notify this firm, in writing, that you dispute the debt, or any portion thereof, this firm will obtain verification of the debt and a copy of such verification will be mailed to you. If you send us a written request within said thirty day period, this firm will mail you the name and address of your original creditor if different from the current creditor.**



IS LETTER IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

2299561617

[38]

CONSUMER ENFORCEMENT ACTION
CONSENT ORDER & JUDGMENT

CONSUMER ENFORCEMENT ACTION
CONSENT ORDER & JUDGMENT

BOOK: 38805 PAGE: 577    CAEFIL Y3115

BWW#: MD-69121

When recorded mail to:
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852

APN: 14-1579390          SPACE ABOVE THIS LINE FOR RECORDER'S USE

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, **Cameron Jefferson** was the original Trustor(s), **First American Title Insurance** was the original Trustee, and **Bear Stearns Residential Mortgage Corporation** was the original Beneficiary under that certain Deed of Trust dated October 26, 2006 and recorded on February 8, 2007 in Liber 27109, at Page 697 among the Land Records of Prince George's County, , Maryland, and

WHEREAS, the Deed of Trust provides that the noteholders shall have the right and power to substitute one or more of the Trustees in place of the original Trustee named in said Deed of Trust.

WHEREAS, the undersigned, who is the holder of the Note and present Beneficiary under said Deed of Trust, desires to appoint a new Trustee, any of whom may act independently, in place and stead of said original Trustee, or Substitute Trustee, thereunder,

NOW THEREFORE, the undersigned hereby appoints Carrie M. Ward, Howard N. Bierman, Jacob Geesing, Pratima Lele, Joshua Coleman, Richard R. Goldsmith, Jr., Ludeen McCartney-Green, Jason Kutcher, Elizabeth C. Jones, Nicholas Derdock, Andrew J. Brenner, Angela M. Dawkins as Substitute Trustee under said Deed of Trust.

**11509 Brigit Court, Bowie, MD 20720**

BENEFICIARY
**Wells Fargo Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns Mortgage Funding Trust 2006-AR4, Mortgage Pass-Through Certificates, Series 2006-AR4, by Select Portfolio**
Servicing, Inc., as attorney-in-fact
By: _Ally Perez_  8/3/16
Name: _Ally Perez_
Title: _Document Control Officer_
Select Portfolio Servicing, Inc.
Date: _August 3rd, 2016_

STATE OF UTAH          )
COUNTY OF SALT LAKE    )
On this _3_ day of _August_, in the year 20_16_, before me _Julia Voros_, a notary public, personally appeared _Ally Perez_ Personally Known, a _Document Control Officer_ of Select Portfolio Servicing, Inc., proved on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument, and acknowledged that he/she executed the same. Witness my hand and official seal.

_____
Notary Public

1

> **JULIA VOROS**
> Notary Public  State of Utah
> My Commission Expires on:
> April 25, 2020
> Comm. Number: 688744

MD001

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) S-H 38805, p. 0577, WSA_CE6x_39114. Data available 01/05/2017. Printed 01/18/2017.

CONSUMER ENFORCEMENT ACTION
CONSENT ORDER & JUDGMENT



BWW#MD-69121

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

Carrie M. Ward
Howard N. Bierman
Jacob Geesing
Pratima Lele
Joshua Coleman                                    Case No. CAEF16 43115
Richard R. Goldsmith, Jr.
Ludeen McCartney-Green
Jason Kutcher
Elizabeth C. Jones
Nicholas Derdock
Andrew J. Brenner
Angela M. Dawkins

6003 Executive Blvd, Suite 101
Rockville, MD 20852
        Substitute Trustees
        Plaintiffs

vs.
CAMERON JEFFERSON

11509 Brigit Court
Bowie, MD 20720
        Defendant(s)

*   *   *   *   *   *   *   *   *

**ORDER TO DOCKET**

To the Clerk:

   Please docket the above entitled foreclosure action, and accept for filing the following:

   (1) Copy of the Lien Instrument, with Affidavit of Truth and Accuracy of said pursuant to Rule 14-207(b)(1);

   (2) Affidavit, pursuant to Rule 14-207(b)(2), that the plaintiff has the right to foreclose with a statement of debt remaining due and payable;

   (3) Pursuant to Rule 14-207(b)(3), a copy of any separate debt instrument or guaranty along with an affidavit stating that it is a true and accurate copy and certifying ownership of said debt instrument;

   (4) Pursuant to Rule 14-207(b)(4), a copy of the Appointment of Substitute Trustee or of any assignment of the lien instrument for the purpose of foreclosure along with an affidavit that it is a true and accurate copy of said instrument;

   (5) Pursuant to Rule 14-207(b)(5), an affidavit with respect to any defendant who is an individual in compliance with §521 of the Servicemembers Civil Relief Act, 50 U.S.C. app §501 et seq.;

   (6) A statement as to whether the property being foreclosed is residential property and, if so, statements in boldface type as to whether the property is owner occupied residential

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR
NO DEBT COLLECTION ATTEMPT WILL BE MADE IN VIOLATION OF THE AUTOMATIC STAY OF 11 U.S.C.
SECTION 362(a), OR OF ANY BANKRUPTCY DISCHARGE OR BANKRUPTCY COURT ORDER

CONSUMER ENFORCEMENT ACTION
CONSENT ORDER & JUDGMENT

BWW#MD-69121

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

Carrie M. Ward, et al.                              *
6003 Executive Blvd, Suite 101                      *
Rockville, MD 20852                                 *
      Substitute Trustees                   *
      Plaintiffs                           *
vs.                                                 *   Case No. _____
CAMERON JEFFERSON                                   *
                                                  *
11509 Brigit Court                                  *
Bowie, MD 20720                                     *
      Defendant(s)
*   *   *   *   *   *   *   *   *   *   *

### Statement Regarding Occupancy Status, Loss Mitigation Affidavit and Prefile Mediation

The undersigned Substitute Trustee hereby states that the property that is the subject of this foreclosure action is __✓__ is not _____ "residential property" as that term is defined by Maryland Code, Real Property, Section 7-105.1 and that;

(A) according to the servicer of the loan, the occupancy status of the secured property is as follows:

_____ owner occupied

_____ not owner occupied

__✓__ unknown;

and,

(B) a Final Loss Mitigation Affidavit:

_____ is attached to this document

__✓__ is not attached to this document

(C) the secured party and the borrower have not elected to participate in prefile mediation.

Respectfully submitted,

Date: ___11/28/16___

      Nicholas Derdock
      Substitute Trustee
      BWW Law Group, LLC
      6003 Executive Blvd, Suite 101
      Rockville, MD 20852
      Phone: 301-961-6555
      Fax: 301-961-6545
      Email: Courts@bww-law.com

[42]

CONSUMER ENFORCEMENT ACTION
CONSENT ORDER & JUDGMENT