CAMERON JEFFERSON; *Consumer*
ESTATE OF CAMERON JEFFERSON; *Consumer*
11509 Brigit Court [20720]
Bowie Maryland, USA
cameronjefferson@mail.com



DISTRICT COURT OF THE UNITED STATES
JUDICIAL DISTRICT OF MARYLAND

| | |
|---|---|
| **CAMERON JEFFERSON**; *Consumer*; **ESTATE OF CAMERON JEFFERSON**; **UNITED STATES**; *Consumer, Foreign State* vs. **BWW LAW GROUP LLC**; **SELECT PORTFOLIO SERVICES LLC**; *Respondent(s) Debtors* | DCUS Case No: TDC-17-0243 **MANDATORY JUDICIAL NOTICE & ORDER TO DEFENDANT BWW LAW GROUP LLC** |

Pursuant to Federal Rule Civil Procedure §44.1, and 28 USC§1782, the Plaintiff files the Judicial Notice and Writ. Article III, Section I, III and III, recognizes and vest the Consumer, Foreign State, (People) with judicial, political power and authority, referred to as Article III, standing.

The consumer and foreign state has original and exclusive jurisdiction over any debt collector and creditor since they are servants of the consumer, who is Private Banker. A consumer is also a financial institution, agency, issuer, maker, loan and finance company, amongst others, pursuant to 31 USC§5312.[1]

### DISCLOSURE OF CORPORATE INTEREST

On February 24, 2017, respondent(s), defendant(s) and debtors BWW Law Group LLC, proffered as required a Rule §26 Disclosure Statement, combined with the required disclosures under Local Rule §103.3(D. Md.) (*see,* docket#8) The

---

[1] Pursuant to Federal Rules of Civil Procedure §17(2), and 28 USC§1331, the amending of this caption to include the United States as a Plaintiff and or Defendant is proper pursuant to Article III, Section I, II, and III. The Preamble to the US Constitution, the Supremacy Clause VI, Clause 2.

Financial Disclosures BWW submitted to the Plaintiff, who is the Consumer, Lender, Creditor, Financial Institution, Agency, and Foreign State, Government, is insufficient, incomplete and willfully deceptive in its present condition.

Federal Rule of Civil Procedure §7.1 states the following;

a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file 2 copies of a disclosure statement that:
(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
(2) states that there is no such corporation.
(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
(2) promptly file a supplemental statement if any required information changes.

In addition, Local Rule §103.3 is a Disclosure of Corporate Interest Federal Form requiring certain information to be provided to the Plaintiff and the Court.

Specifically, BWW states the following;

"No corporation, unincorporated association, partnership, parents, trusts, subsidiaries, or other business entity, which is not either a party to this lawsuit *or a wholly owned subsidiary of BWW Law Group, LLC is **known** to have a financial interest in the outcome of this litigation.*"

This type of disclosure is vague, ambiguous, appears to be misleading, misrepresenting the necessary facts, intent and purpose of the Financial Disclosure. Furthermore, the Plaintiff sufficient evidence that the Disclosure and its content, which includes certain omissions and false statements, are intentionally designed to mislead Defendants alleged employer, the Consumer and the *federal district court*. While it is obvious to Plaintiff that BWW, takes International, Federal and Constitutional Law for some sort of a legal ping pong game.[2] Plaintiff will remind

---

[2] 18 USC§241; If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;

**MANDATORY JUDICIAL NOTICE**      -2-

BWW, that this Enforcement Action is a federal judicial court action, within the federal judiciary, pursuant to Article III, of the United States Constitution.[3]

BWW, may be able to engage in deceptive, wayward conduct and behavior within an Article §I, Section §8, Commercial construct and Tribunal. However, the Plaintiff will again warn and remind BWW and all other parties, that this action is a federal issue and question, before the Judiciary, which includes the Plaintiff.

Plaintiff will not tolerate "*any*" deceptive practice, misrepresentation, false claim, perjury, fabrication, and or deviation from any laws of the United States, either under common law, and or state and federal Constitution(s). Plaintiff maintains and will *exorcise* the full extent of its International, Constitutional, Judicial power and authority upon those who *exercise* deception. Including its superior authority and ability to sanction Defendants for any deceptive practice, misrepresentation, other violations, pursuant to 15 USC§1692k(a)(1) and (3)(b)(1) This judicial power is similar to those in Federal Rule Civ. Procedure §11.

Furthermore, it should be clear that the Consumer, is not at limited to issue and Order and Judgment for each and every violation a debt collector, or any other person, regardless as to its capacity, who violates the Act, or any other act, laws of the United States, even during litigation. Consequently, Plaintiff will also point out the FDCPA, §1692j, which forbids the "unlawful design, compile and furnish any

---

[3] **18 USC§1001**; Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—
(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) makes any materially false, fictitious, or fraudulent statement or representation; or
(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

form knowing such for, would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of or in an attempt to collect a debt such consumer allegedly owes such creditor, when in fact such person is not so participating". §1692j

Accordingly, BWW's deceptive form, design and compilating deviates from the standard form supplied by the federal court and further fits squarely within the Plaintiff's authority and power to adjudicate and issue judgment upon. §1692j(b)

Based on the foregoing facts, Plaintiff finds BWW behavior and conduct, specifically related to the Financial Disclosure Forms and as well the out of court communications and attempt to obstruct the prosecution of this case by Plaintiff. BWW is Ordered to, refile the Rule §7.1 and Local Rule §103.3 Disclosure Forms within three (3) days from receipt of the document. The Disclosure forms should be without ambiguity, deception, contradiction and or omission.

BWW is reminded also once again, that the use of its foreign, profane, and obscene, abstruse, metric, religious language called legalese. §1692d

Administering through malpractice, any mind-altering substance, by unlicensed practitioners who treat clients by prescribing and the treatment of legal remedies is and will be treated as a criminal offense. §1692e (3) BWW are not licensed attorneys as it relates to this action, and has been illegally practicing law without a license from the initial communication with Plaintiff. Take judicial notice of the Plain Writing Act of 2010, amongst others.[4]

Lastly, as mentioned previously, the codification of Title 18, United States Code into Public and Private International Laws, Fair Debt Collection Practices Act, §1692-§1692p, should not be undermined in the least. Neither should 28 USC§1746,

---

[4] **18 USC§1622**; Whoever procures another to commit any perjury is guilty of subornation of perjury, and shall be fined under this title or imprisoned not more than five years, or both. *see*, also **15 USC§1692(f)** and **(e)**. **18 USC§1961-1968**; The Racketeer Influenced and Corrupt Organization Act (RICO).

as each and every communication BWW, or any other party proffers is construed and treated as under penalty of perjury. Since the statements of any debt collector, person, is deemed verified and validated. see, Federal Rule Civ. Procedure §11(a)

Plaintiff requests this United States District Court, Judge, ratify the position of the Plaintiff since it also has personal and subject matter jurisdiction over defendant(s).[5]

**IT IS SO ORDERED.**

Dated this March 14th Day, 2017 in Maryland State, USA.

By: _____
Cameron Jefferson, *Consumer*
Foreign State, *Consul*
Estate of Cameron Jefferson

cc: file
cc: Court of International Trade
cc: Federal Trade Commission
cc: Consumer Financial Protection Bureau
cc: Department of Homeland Security

---

[5] This current Enforcement Action is being prosecuted by the State against debtors, debt collectors, servants, alleged servicers of foreign goods, products manufactured by the Creator. The Consumer is the sole owner of the private foreign script, currency, which is protected by copyright and patent laws of the United States, International Private and Public Laws, Treaties of the United States.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by US First Class Mail to the following;

CARRIE M. WARD, Debtors and Respondents
BWW LAW GROUP LLC
6003 Executive Blvd. Suite 101
Rockville, MD 20852 US

ECKERT, SEAMANS CHERIN & MELLOTT LLC
1717 Pennsylvania Avenue N.W. 12th Floor
Washington, DC 20006

cc: file
cc: Court of International Trade
cc: Federal Trade Commission
cc: Consumer Financial Protection Bureau
cc: Department of Homeland Security