UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CAMERON JEFFERSON and
ESTATE OF CAMERON JEFFERSON,

   Plaintiffs,

v.

SELECT PORTFOLIO SERVICES and
BWW LAW GROUP LLC,

   Defendant.

Civil Action No. TDC-17-0243

## ORDER

On February 23, 2017, Defendants filed a Notice of Intent to File a Motion to Dismiss the Complaint. ECF No. 3. The Court scheduled a March 10, 2017 telephone status conference to discuss the Notice of Intent and mailed notice of the conference to Cameron Jefferson. *See* ECF No. 7. Jefferson did not join the March 10, 2017 telephone status conference call. Upon consideration of Defendants' Notice of Intent, it is hereby ordered that Defendants are granted leave to file the proposed motion.

Date: March 23, 2017

THEODORE D. CHUANG
United States District Judge