IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CAMERON JEFFERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 8:17-cv-00243 TDC ) ) |
| SELECT PORTFOLIO SERVICES, INC., *et al.*, | ) ) |
| Defendants. | ) ) |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Select Portfolio Servicing, Inc. and BWW Law Group, LLC by and through their attorneys, and pursuant to Fed. R. Civ. P. 12(b)(6), move to dismiss the Complaint filed by the Plaintiff. In support of this Motion to Dismiss the Complaint, the Defendants respectfully refer this Court to the accompanying Memorandum of Points and Authorities and Proposed Order.

**WHEREFORE**, Defendants respectfully request that this Honorable Court enter an order dismissing the Complaint, with prejudice, award attorney's fees to Defendants, and any other relief this Court deems just and proper.

Dated: May 1, 2017       Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By:   */s/ Daniel A. Glass*
Edward J. Longosz, II (# 07509)
Daniel A. Glass (# 28730)
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, DC  20006
Tel:  (202) 659-6600
Fax:  (202) 659-6699
elongosz@eckertseamans.com
dglass@eckertseamans.com
*Counsel for Defendants Select Portfolio Servicing, Inc. and BWW Law Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May 2017, I filed the foregoing **Defendants' Motion to Dismiss Plaintiff's Complaint, Memorandum of Points and Authorities and Proposed Order** on CM/ECF, which sent a notice of such Electronic Filing (NEF) to the following counsel of record:

>Adam Kaplan, Esquire
>**BWW LAW GROUP LLC**
>6003 Executive Boulevard, Suite 101
>Rockville, MD  20852
>*Co-Counsel for Defendant,*
>  *BWW Law Group LLC*

and served via first-class mail, postage pre-paid to:

>**CAMERON JEFFERSON**
>11509 Brigit Court
>Bowie, MD  20720
>Plaintiff, *pro se*

>>*/s/ Daniel A. Glass*
>>Daniel A. Glass