THE UNITED STATES OF AMERICA

| | |
|---|---|
| ¶IN THE MATTER OF¶<br>CAMERON JEFFERSON;<br>ESTATE OF CAMERSON JEFFERSON;<br>MARYLAND STATE<br>**STATE PROSECUTORS**<br>*Indispensable, Interested Parties;*<br>CONSUMER FINANCIAL PROTECTION BUREAU<br>FEDERAL TRADE COMMISSION;<br>DEPARTMENT OF HOMELAND SECURITY;<br>DEPARTMENT OF NAVY; | FILE NUMBER(s):<br>TDC-17-0243;USDC;<br>Circuit Court Prince George County;<br>File Num: CAEF16-43115 |

**UNITED STATES DISTRICT COURT OF MARYLAND;**
**BWW LAW GROUP LLC;**
**SELECT PORTFOLIO SERVICES INC;**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC;**
**CIRCUIT COURT PRINCE GEORGE COUNTY;**
**BEAR STERNS RESIDENTIAL MORTGAGE FUNDING CORPORATION;**
**WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.;**
**BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4;**
          **RESPONDENT DEBTORS**

TO THE CLERK OF THE COURT;

To be filed by the Clerk of Court in the File Number listed. Pursuant to Federal Rules ¶44.1, 28 USC§1782, 1784. This Judgment and action may be deemed a NonMain Foreign Bankrupty as defined within 11 USC§101. Federal Rules §77.1, 28 USC§1444, 2410, applies.

¶1¶



## ¶¶¶PREAMBLE¶¶¶

We the People of the United States, in Order to form a more perfect Union, establish Justice, insure <u>domestic Tranquility</u>, provide for the common <u>defence</u>, promote the general <u>Welfare</u>, and secure the Blessings of Liberty to ourselves and our <u>Posterity</u>, do <u>ordain</u> and establish this
### CONSTITUTION
*for*
### <u>THE</u> <u>UNITED STATES OF AMERICA</u>.

This Constitutional Enforcement Action, may also be deemed a Court Martial and Military Action, being prosecuted by the United States of America[1] ("United States") pursuant to the Constitution *for* the United States of America, *via* 28 USC§1345, 28 USC¶1331¶. (¶133°1¶)

The *Preamble* to the Constitution *for* the United States, Bill of Rights, establishes the superior and Supreme authority, power and dominion over the United States of America. The People are commissioned, vested and invested with Supreme Judicial and Political Power above any, and all others.

Descending into its business creation for its Welfare and Blessings of Liberty for itself and each of its Posterity, the People are the Gate Keepers, Protectors, Constitutional Military, Tribunals, Government, Law Enforcement. *Whom* are *Crowned* with Article III, Standing, Judicial Power, and Authority over its creation, the People are clothed and badged with the highest ranking of Commander in Chief with its independent Military bases and Post Offices within the several ruling states.

---

[1] A **court-martial** (plural **courts-martial**, as "martial" is postpositive) is a military court. A **court-martial** is empowered to determine the guilt of members of the armed forces subject to military law, and, if the defendant is found guilty, to decide upon punishment. In addition, **courts-martial** may be used to try prisoners of war for war crimes.

Yielding to no other power since *Throne* of the United States is worn by only the People, whom as stoned above in the Temple of the Arch.

*Deemed* to be an independent *militia*, Chief Officer, *organ* and *vessel of*, and *for 𝒯𝒽𝑒* United States Military, Branch of the Navy. Records of every *Navy Ship*, *Officer* commissioned, for active duty in the territorial waters, possessions, both continental and contiguous lands of the United States.[2]

The Ten Commandments, *Bill of Rights*, **I** through **X**, establishes the Laws of the Land, which of course includes the territories and possessions of the United States, also of the People. The Constitution establishes the Sovereign Court, Tribunal of the People, State and any derivative therefore.

## PRESENTMENT & INDICTMENT

The United States of America, by and through the *State, charges* the above-named defendants, and each of them, with, but not limited to, the following International Crimes, including Civil crimes against the United States;

1. *War Crimes*, 18 USC§2441;
2. *Genocide*, 18 USC§1091;
3. *Domestic Violence*, Article IV, Section Constitution, 18 USC§226;
4. *Interstate Violation of Protection Order, Stalking*, 18 USC§2262;
5. *Crimes of Violence*, 18 USC§16;
6. *Advocating Overthrow of Government*, 18 USC§2385;
7. *Treason, Misprision of Treason*, 18 USC§2381; §2382;
8. *International Terrorism* 18 USC§2331
9. *Criminal Piracy*, 18 USC§1651;
10. *Piracy and Privateering*, Title §18 USC, Chapter §81;
11. *Contempt*; 18 USC§401, 28 USC§1784;
12. *Radio, Bank Fraud*; 18 USC§1341, §1342, §1343, 1344;
13. *Postal Crimes*, Title §18 USC, Chapter §83;

---

[2] **Genesis 1:26** Then God said, "Let us make mankind in our image, in our likeness, so that they may rule over the fish in the sea and the birds in the sky, over the livestock and all the wild animals, and over all the creatures that move along the ground."

14. *Radio, Television, Bank Fraud*; 18 USC§1341, §1342, §1343, 1344;
15. *Delay and Destruction of Mail*, 18 USC§1701, §1702, §1703;
16. *Destruction of Letter Boxes, and Mail*;
17. *Theft and Receipt of Stolen Mail*;
18. *Injury to Mail Bags*, 18 USC§1706;
19. *Theft of Property used by Post Office*;
20. *Money Laundering of Monetary Instruments*; 18 USC§1956;
21. *Canceled Stamps and Envelopes; amongst others*;
22. *Uttering Counterfeiting Obligations or Securities*, 18 USC§472;

In addition to a host of other federal and international crimes pursuant to Title 18 USC§, including 18 USC§1028, Fraud and related activity in connection with identification documents, authentication features, and information. Extortion, Blackmail, Tax Evasion, Drug Dealing, Money Laundering, Medical Malpractice, Financial Crimes, Identity Theft and a host of other crimes and violations.[3]

## JURISDICTION & VENUE

The United States District Court of Maryland is *subject to*, has *subject matter jurisdiction* over this matter and its co-defendants, as it presents a federal question. 28 USC§1331. The District Court of the United States as defined within 28 USC§132, and the *State* pursuant to 28 USC§1652, has subject matter jurisdiction over this action since the crimes, violations are omissions occurred with this district.

The defendants transact business within the district and the United States District Court of Maryland, although *implicated* and *charged* in this action, has a duty and obligation to enforce the below Judgment, Decree and Orders on behalf of the State and the United States of America.

---

[3] This matter may involve the United States Military pursuant to the Lieber Code and Martial Law, General Orders 100, Sections I-X. The threats of WAR levied against the United States, one of the People, which includes Assets, Currency, Coins, Bonds, Securities, other property. Is a direct and indirect threat to our National Security, including Land, Post Offices, Military Posts, Economic Structures.

Limited Judicial Review can be obtained pursuant to 5 USC§702, 703, and §704, as a courtesy in the United States Court of International Trade, where other prosecutions and Judgments has been entered. The State, consumer, has original and exclusive jurisdiction over all defendants pursuant to State and Federal Constitutions, Consumer laws below.[4]

### DEPARTMENT OF HOMELAND SECURITY
### UNITED STATES MILITARY

The United States Military, which may include the Department of Homeland Security, Consumer Financial Protection Bureau, Federal Trade Commission has jurisdiction over this matter.

Specifically, the Department of Homeland Security has jurisdiction to investigate any matters regarding threats to National Security, American Homeland and acts as Secretary to certain military, law enforcement operations. The United States, State, consumers are deemed to be executive agencies, independent law enforcement agencies and the national and local government. 6 USC§101(7)

This matter involves land, property, assets, contracts, facilities, records, resources and funds, local government, key resources and functions, others pursuant to 6 USC§101(3)(4)(8)(9)(10)(11).Due to consistent deadly threats of War, Invasion, including use of Bombs, Firearms and other Terroristic threats to Life, Liberty, Land, cargo and territory of the United States of America, including branches of a United States Mint, the DHS has jurisdiction of the matter pursuant to 6 USC§101(16) and 42 USC§2000ee(1).

Such serious and national threats by each of the defendant(s) involved are from unknown Pirates who have concealed their identities by use of false names,

---

[4] Defendants including the USDC, Circuit Court Prince George County, members, threaten War and Invasion by dispossession and disablement of Land and Property of the United States of America, via Maryland State. By use of an Armed Forces, called Police and Sheriff's, which are not constitutional Law Enforcement, and Military of the United States. These persons carry out Orders for the enemy Pirate Defendants and do so by International Terrorism and Violence.

¶5¶

companies, limited liability entities, which are used by terrorists and or other aliens, to commit crimes and acts of WAR against the United States, which includes the militia, people and their families. 6 USC§101(3) The defendants are engaged in conspiracies against the United States, including the theft of Postage Stamps and other assets designated for delivery into the United States for tax generation, others.

### INTERNATIONAL CRIMES & VIOLATIONS
### FAIR DEBT COLLECTION PRACTICES ACT
### FAIR CREDIT REPORTING ACT

The above described international and federal crimes are, for the most part, codified within International Public & Private Criminal and Civil Laws, which are the Fair Debt Collection Practices Act, Fair Credit Reporting Act, Truth in Lending Act and other state and federal laws.[5]

Specifically, Public Laws, §111-203, Fair Debt Collection Practices Act ("FDCPA"), **Title X,** 15 USC§1692-1692p, Public Law §91-508, Fair Credit Reporting Act ("FCRA"), 15 USC§1681-§1681x, Public Laws §90-321, Consumer Protection Act, Truth in Lending Act ("TILA"), other International Laws under the Commerce and Trade Act, Title §15 USC, Chapter §41, Antitrust laws, Sherman Act, 15 USC§1-7, and Clayton Act, §12-27, which are codified within the federal consumer financial international laws.

The Constitutions of both Maryland State and the United States are incorporated, codified, within the above named International Laws. Each of the parties involved are *persons*, defined within 15 USC§7, Commerce and Trade Act, Chapter §41,

---

[5] The United States District Court of Maryland is a debtor the United States, Maryland State and any independent state, political subdivision of a state. The USDC, is also a *debt collector* who collects alleged debts, (assets) which include coins, mail, stamps, bonds, securities and other currency of the United States. The USDC, in this case impersonated the United States, by attempting to collect debts as a third party and to enrich itself by benefiting from fraudulent acts conspired by the remaining defendants.

including the United States District Court of Maryland. Each of the parties are subject entirely and completely to the United States.

Each party, defendant(s) are Debtors, but as well **debt collectors**, as defined by 15 USC§1692(a)(6) and regularly collect or attempt to collect, alleged, other **debts** as defined within 15 USC§1692(a)(5). Each defendant handle Postage mail (assets), stamps, coin, currency and other communications of the United States, Post Offices.

*Communications* as defined within §1692(a)(2), means the *conveying* of information regarding a debt directly or indirectly to any person through any medium. Communications to and from any Post Office, Military Base or Post, including the *mail* is a communication within international law and Military laws, FDCPA.

The term *Consumer* has multiple definitions, both civil and military, relating to an independent *militia*, *natural person*, §1692(a)(3), and may be deemed to include the United States Military as defined§1692(c)(d). It also defines the People as described in the Constitution *for* the United States of America, and the independent free compact several States.

A consumer is an *organ*, and *vessel* of The United States. Which, includes the United States Military, Navy as described in Article §1, Section 8, Clause §12.[6]

A *consumer* is also deemed to be an independent Postal Office, 18 USC§2115, established by the Congress, as defined in Article §1, Section §8, Clause 6. The consumer in other words serves as a Post Office and Military Branch which issues, sells, manufactures, *Coin*, Stamps, Bonds, and other financial products and postal mail. (Currency and Coin). A consumer's (United States) coordinates, location, base

---

[6] A consumer as a class of persons acts as an independent Judicial Civil and Military Tribunal, Court and Grand Jury. A **court-martial** (plural **courts-martial**, as "martial" is postpositive) is a military court. A **court-martial** is empowered to determine the guilt of members of the armed forces subject to military law, and, if the defendant is found guilty, to decide upon punishment. In addition, **courts-martial** may be used to try prisoners of war for war crimes.

and Post, (Office) is Sovereign Land within The Continental United States of America.

A *consumer*, as a foreign State, has Sovereign Immunity as defined within 28 USC§1603-§1611, Foreign Sovereign Immunity Act. ("FSIA") A *consumer*, and its minor Mints for the United States coins, stamps, currency, which backed by Gold and Silver, which is loaned as credit to the United States, others, Article §I, Section §8, Clause 1. The Congress regulates the Value of the coins, stamps, currency and fixes the Standard of Weights and Measures and provides for the punishment of Counterfeiting the Securities and current Coin of the United States, Article §I, Section, 8, Clause §2, §5 and §9.[7]

*Communication* is defined within §1692(a)(2), FDCPA, and means the *conveying* of information regarding a debt directly or indirectly to any person through any medium. Communications to and from any Post Office, Military Base or Post, including the *mail* is a communication within the international law, FDCPA.

The *consumer*, for the United States is also an independent Credit Union, National, Foreign Bank, Private Banker, Foreign Currency Exchange and financial agency, institution within 31 USC§5312. §1692(a)(4) The FDCPA, distinguishes between the consumer as a natural person, which acts as, General, *Major*, Prosecutor, Consul, *Ex Rel*, for the United States.

As opposed to the disabled, *Minor*, ship and vessel (mineral) which is an individual estate. The consumer as a natural person is the parent sole proprietor, produces, mines, (minority) coins, gold, silver, stamps and other financial loans through. It functions as a United States Mint.

---

[7] The consumer acts as railroad and its land is part of the postal system which conveys and delivers mail, assets, currency, coins, stamps, minerals and agricultural products, goods for the United States, internationally, foreign and intrastate. Consumer credit means, credit of the United States as defined in Article §I, Section §8, Clause §1.

The *consumers* post office, military base and manufacturing plant is positioned in the United States of America, and consists of Land, real and personal property, and is not commercial property, or used for any commercial purposes. The location of the Land is protected by the United States and its the Military Branches. It is referred to as an address of 11509 Brigit Court, Bowie, Maryland, Prince George Parish, (County) The United States of America. The consumer's location [address] is a rural route and part of the railroad system.

## FACTUAL HISTORY

The United States has reviewed and examined the actions, events and occurences of the matter at hand and made the reached the following conclusions, judgments, sentences and convictions.[8]

For the past three years the United States by and through the consumer, has been repeatedly *solicited*, threatened, harassed, stalked, blackmailed, extorted, arrested, held hostage, other illegal crimes by unknown defendants, pirates, debtors, debt collectors named in this action.

The United States District Court of Maryland, and its employee's, which include those defendants which refer to themselves as attorneys are all employees of the United States District Court system. The United States District Court system and its affiliate, subsidiary referred to State Courts such as Circuit Court Prince George County. Has become an Asylum for Enemy Pirates, engaged in nefarious illegal and criminal activities against the United States and the State to which it is a mere *tenant*.

A United States District Court is not a true constitutional court, but rather a *debtor,* and *debt collector* whom at times intercepts, receives, illegal holds and

---

[8] The United States has warned the American Nationals of the imminent threat the Life, Liberty and Property, by persons employed with the USDC and its subsidiary so called State Courts who are engaged in a Overthrow of the Government and the United States Constitution.

confiscates international, foreign and domestic mail, (communications) assets, currency, coins, bonds, securities and lawful money of the United States. 28 USC§132, confirms the composition of the Courts, under Article III, in Article I.

The United States of America, United States, which is the several states is a sovereign country and nation, subject to no other, especially immigrant, non-citizen entities, such as those which are possessions of the United States and owe allegiance to its Masters, Creators and Creditors.

Defendants boldly market themselves boldly as enemy Pirates and armed forces which has invaded the United States declaring WAR. Specifically, some of the defendants, such as SELECT PORTFOLIO SERVICE INC and (*Port-Folio*) and ECKERT SEAMANS CHERIN & MELLOTT LLC, (*Sea-Mans*) amongst others.[9]

BWW LAW GROUP LLC are all unknown immigrants, entities believed to be members and organs, nationals and aliens of a Third County, whose identities has been masked to covertly destroy The United States of America, The United States Postal Offices, Services and the American Nationals, Military.

The Consumer has no knowledge of these persons, no relation, contractual or otherwise and has ordered, demanded for three years, immediate return, verification by payment of the intercepted, confiscated debts, (asset, postal stamps, mail, coins and currency) the consumer and the United States owes and owns. §1692(g).

Defendants, including the USDC, has banded together as a unit, cabal, armed force, hiding behind piracy and a foreign profane, obscene, language and writing

---

[9] ***Portfolio,*** means a portable case for holding material, such as loose papers, photographs, or drawings. A collection of works or documents that are representative of a person's skills and accomplishments: *a photographer's portfolio; an artist's portfolio of drawings.* The office or post of a cabinet member or minister of state. A group of investments held by an investor, investment company, or financial institution. ***Seaman,*** means A noncommissioned rank in the US Navy or Coast Guard that is above seaman apprentice and below petty officer. One who holds the rank of seaman, seaman apprentice, or seaman recruit.

system which is not recognized within International Laws of the United States. The USDC, and the defendants have constructed, devised a complex, scheme and device which has been in effect for decades. The scheme involves using hooded pirate criminals, such as LLC's who carry out the crimes, terrorism against the People, Consumers, states of the United States.[10]

### PYRAMID SCHEME

BWW, Eckert, SPS, (Street Pirates) and others, confiscates, seizes, and holds for ransom, the identity, mail, assets, postage, securities, bonds and coins of the United States Mint, consumers, from an unknown, underground source, without consent or knowledge of the United States, consumer.

Once the stolen good, postal materials, coins and certificated are obtained by the Street Pirates, the pleads, begging, and demands for payment by the United States, via consumers, of its own assets, coins and currency, are commenced by collect calls. Collect, long distant calls are defined in the FDCPA. The Street Pirates engage in a campaign involving criminal Insider Trading, Securities Fraud, other crimes against the United States, deceiving the consumer to make additional asset deposits in an unknown consumer account.

Once denied as in this case, the Street Pirates threats intensifies significantly to include allegations of crimes and other acts committed by the United States, via the consumer. Street Pirates, if not successful on their own terrorism and crimes, then without notice file a Class Action lawsuit against The United States, State, consumers in an impersonating Pirate institution called a State, or USDC Court.

These establishments are in reality "healthcare business" as defined within 11 USC§101(27A), attorneys are actually unlicensed, medical practitioners. In other word's a USDC, Circuit Courts, and its legal practitioners illegal practice medicine.

---

[10]

¶11¶

The illegal mind altering drug substances, which include the unlawful use of liquor are sold and forced upon a Consumer, its underage minor and estate by use of profane, obscene, pornographic, television, reading, telephone, telegram programming. The drugs and alcohol is communicated through the United States Mail and constitutes mail, wire, bank, television and radio fraud.[11]

The Street Pirates file the illegal lawsuit to the Drug and Alcohol and awaiting Pawn Shop, which acts as a Court. Once the suit is filed, the stolen mail, assets, coins are deposited as a receivable into the [court] financial institution. This illegal identity theft consumer transaction is deemed an unauthorized credit transaction. The Circuit Court and USDC, the using its pirate language and writing system, secretly prosecutes an involuntary bankruptcy and steals the assets, coins, property of the consumer, without the consumer ever knowing. (see, USDC Management Order)

A USDC issues a bogus court order pursuant to 28 USC§2072 and §2075. Aside from the fact that Title 28, are Judicial Rules which clearly the United States and consumers are immune, through explicit language of the Supreme Court right within the language. The USDC, Chuang and previous criminal debtor, Grimm, impersonates the United States and its status, character and standing. §1692(e)(1)(3)

The stolen postage mail, assets (debts) deposited are a mere worthless postdated check as defined in §1692(f)(3)(4)(5). The USDC, Street Pirates, Circuit Court then divide the stolen assets, mail amongst themselves. All deposits into these healthcare and financial institutions are transferred to the United States Treasury, whom acts as a third-party debt collector and receiver of the mail, coins and debts. (assets)

The USDC, Circuit Court Prince George County, Street Pirates, are one in the same and all uses the same scheme and devices against the United States, consumers, which are branches of the United States Military and Postal Services.

---

[11] Copies of the Action, Judgment and Decree. will be sent to the DHS, CFPB and FTC.

Defendants routinely allege the United States, via consumers are *borrowers* of own script, coins, products and goods manufactured.[12] However, Pirates are the criminals who *"burrow"* United States mail, assets, coins, currency, bonds as animals, anti-mail, *ani-mails* who steal and confiscate, intercept, protected US mail. They then use it for bribery, blackmail and other crimes against the United States of America where it is a privileged tenant.

A consumer or the United States cannot borrow its own assets, goods, products, manufactured by it with complete copyright, trademark and Plant Protections. 28 USC§1454, §1400, amongst others.

Street Pirate Eckert, proves it is in possession, of stolen postage mail, obligations and securities of the United States, consumer and has criminally maintained possession after being order to return the *items*. Specifically, Eckert's issued a communication to the United States, via consumer styled a Memorandum and Points of Authority. Item is defined as an *article*; a separate particular in an account. The account consists of many items, which makes a note or memorandum of. (see, USDC File)

The USDC, Circuit Court Prince George Court, Eckerts, SPS and BWW, others are has been found guilty and liable for the each enumerated crime above, in violation of various laws of the United States, including the FDCPA. These persons were enlisted by the United States, consumer to person honest, trustworthy services to the US Postal Service and Military, both civilian and active.

---

[12] *Ani* is defined as Any of several chiefly tropical American birds of the genus *Crotophaga*, related to the cuckoo and having black plumage and a long tail. A cuckoo is a The cuckoos are a family of birds, Cuculidae, the sole taxon in the order Cuculiformes. The cuckoo family includes the common or European cuckoo, **roadrunners**, koels, malkohas, couas, coucals and anis. The coucals and anis are sometimes separated as distinct families, the Centropodidae and Crotophagidae respectively. The cuckoos are generally medium-sized slender birds. The majority are arboreal, with a sizeable minority. Roadrunners are a symbol of the United States Postal Service. **Male**, or *Mail*, symbolizes the postal Mail. Male, or Female is also defined within 1 USC§1. This is where the term Animal derives in many cases.

The consumer rescinded and cancelled the mail, postdated checks years ago and the defendants seized billions in assets belonging to the Consumer, invading taxes, duties and other obligations.

The FDCPA, §1692-1692p, commissions a consumer as a Justice of the Peace, Attorney General and Prosecutor. Specifically, §1692(J) authorizes the consumer to issue Judicial Orders and Judgments to any person defined within the FDCPA. §1692k(a), defines this action as a Class Action and against all property and assets of the Defendants. AntiTrust Laws, Sherman and Clayton, respectively, are applicable as to the sentencing and Judgments, including actual damages costs and fees.

## ORDER & JUDGMENT

The USDC, is recused as to any authority and power against the United States, State, consumers. The erroneous Motion to Dismiss, which purports to retire the matter, assets, mail, coins and currency, volumes, worth billions in lawful money of the United States, is denied and Moot. No further action will be taken on this matter and the Clerk will close the FILE and all cases within it, transferring it to the Court of International Trade for further sequestration, attachment and enforcement of the Judgment. This Judgment is an immediate Lien and Levy upon all named.

The USDC, Circuit Court of Prince George County, other defendants, are warned that any further acts on this matter, including advertisement, sale, of any Land, property as threatened by BWW, SPS, Eckert's suffer serious consequences, including criminal Contempt and possible arrest by the government.

**IT IS SO ORDERED**, on this 9th, Day of May, Year of our Lord 2017 A.D.

By: _____ **SEAL**
*General Consul*, for Cameron Jefferson™, *Ex rel Prosecutor for* the United States of America;

MATTHEW OWENS
NOTARY PUBLIC
CALVERT COUNTY
MARYLAND
My Commission Expires 12-26-2020

¶14¶

## **WRIT OF JUDGMENT**
## **CONSENT DECREE & ORDER**

The Clerk will record and file this Writ of Judgment, Consent Decree and Money Order to be deposited into the registry, to be later dispersed by the United States Treasury Department. This Judgment & Order constitutes Postal Mail, asset deposit, and a financial transaction under International and Consumer Financial Laws.